Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0864-0:00CR00052-002(DWF) |
| DOCKET NO. (Receiving Court) | 08-CR-50070-PHX-BPV |

| NAME | DISTRICT | DIVISION |
|---|---|---|
| Sergio Trujillo-Perez<br>aka Juan Carlos Toledo-Jimenez | MINNESOTA | |
| | NAME OF SENTENCING JUDGE<br>Honorable Donovan W. Frank | |
| | DATES OF TSR SUPERVISION | FROM 02/20/2008 TO 02/19/2013 |

FILED ___ LODGED
RECEIVED ___ COPY
JUN 24 2008
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute Methamphetaime.

Mr. Trujillo-Perez began his supervision in the District of Minnesota. He is in federal custody in the District of Arizona pending a plea on Docket No. 08-03086M-(BPV) in relation to Illegal Reentry charges. In order to expedite a response, reduce costs, and provide follow-up to the violation behavior, transfer of jurisdiction has been requested by the District of Arizona.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of TSR may be changed by the District Court to which this transfer is made without further inquiry of this Court.

5/27/08
Date

Donovan W. Frank, United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction of the above supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6-23-08
Effective Date

United States District Judge

AUSA, PO, ~

SCANNED
JUL 02 2008
U.S. DISTRICT COURT ST. PAUL